■ DSS ENTERPRISES, INC., Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 69607.)—Judgment unanimously affirmed with costs. Memorandum: Claimant alleged that, during the reconstruction of Edward Street in the City of Buffalo, the State changed the grade of the street and sidewalk, causing damage to his retail and office building. The Court of Claims correctly determined that the State was liable for the change of grade pursuant to section 364 of the Charter of the City of Buffalo *(see, 240 Scott v State of New York,* 18 NY2d 299). The court also properly concluded that the three-year time period set forth in Highway Law § 30 (14) applied to the filing of this claim *(see, Reifke v State of New York,* 31 AD2d 67, *affd* 26 NY2d 859). There is no merit to the State's contention that the claim should have been dismissed because claimant failed to prove that the State was negligent. Claimant alleged and proved that the State caused the grade change and that claimant suffered damage in the manner alleged in the claim, thereby demonstrating its entitlement to compensation *(see,* Highway Law § 30 [14]). (Appeal from judgment of Court of Claims, McMahon, J.—negligence.) Present—Callahan, J. P., Doerr, Green, Balio and Davis, JJ.

■ MAX FARASH, Appellant-Respondent, v CENTRAL TRUST COMPANY, as Executor of PHILIP LIEBSCHUTZ, Deceased, Respondent-Appellant.—Order unanimously affirmed without costs for reasons stated in the amended decision of Monroe County Surrogate's Court, Ciaccio, S. (Appeals from order of Monroe County Surrogate's Court, Ciaccio, S.—summary judgment.) Present—Callahan, J. P., Doerr, Green, Balio and Davis, JJ.

■ In the Matter of PHILIP FINK et al., Appellants, v BOARD OF EDUCATION OF TULLY CENTRAL SCHOOLS et al., Respondents.—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Onondaga County, Reagan, J. *(see also, Ware v Valley Stream High School Dist.,* 75 NY2d 114, 122). (Appeal from judgment of Supreme Court, Onondaga County, Reagan, J.—art 78.) Present—Callahan, J. P., Doerr, Green, Balio and Davis, JJ. *[See,* 144 Misc 2d 8.]